JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN MIRANDA,** **Plaintiff,** v. **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** **Defendant.** | NO. EDCV 16-00018 KS **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: January 10, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE